IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL MARTIN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:09-cv-00192-RDB |
| G.C. SERVICES, LP | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

Plaintiff Carl Martin and Defendant G.C. Services, L.P., by their respective undersigned counsel, respectfully notify this Court that the parties have reached settlement of all claims alleged or asserted in the above-captioned action and request that this Court issue a Settlement Order pursuant to Local Rule 111.

| | |
|---|---|
| /s/ | /s/ |
| Forrest E. Mays (Bar No. 07510)* | James M. Connolly (Bar No. 23872) |
| *Law Office of Forrest E. Mays* | *KRAMER & CONNOLLY* |
| 2341 North Forest Drive | 500 Redland Court, Suite 211 |
| Annapolis, Maryland | Owings Mills, Maryland 21117 |
| Tel.: (410) 267-6297 | Tel.: (410) 581-0070 |
| Fax: (410) 267-6234 | Fax: (410) 581-1524 |
| mayslaw@mac.com | jmc@KramersLaw.com |
| *Counsel for Plaintiff Carl Martin* | *Counsel for Defendant G.C. Services, L.P.* |
| [*signed by James M. Connolly with permission of Forrest E. Mays] | |

E:\OFFICE\CASES\207-039\notice of settlement.wpd